UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20755-CIV-O'SULLIVAN

[CONSENT]

JUAN SANCHEZ, JORGE SEFONTES,
JAIME PEREZ, SANDRA HERNANDEZ,
DAVID MANAZANARES and ELISA COBAS,

    Plaintiffs,

v.

COSTA BRAVA RESTAURANT, INC.,
MAYELA MARES and JOSE M. LOPEZ,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court following notice that the individual defendants have filed for bankruptcy. On February 22, 2010, the Court heard from the parties including the individual defendants Mayela Mares and Jose M. Lopez. The parties advised the Court that Mayela Mares and Jose M. Lopez have filed for bankruptcy. See Suggestion of Bankruptcy (DE # 53, 2/19/10). The Court previously dismissed the case against defendant Basilio Sanchez without prejudice because the plaintiffs were unable to serve him. See Order of Dismissal without Prejudice as to Basilio Sanchez (DE# 35, 10/27/09). The Court inquired of the corporate representatives of defendant Costa Brava Restaurant, Inc., Mayela Mares and Jose M. Lopez, who have advised the Court that they agree to a default judgment against Costa Brava Restaurant, Inc. in the amount of $75,000.00. Accordingly, it is

ORDERED AND ADJUDGED that the trial in this matter set to commence on February 22, 2010 is CANCELLED.  It is further

ORDERED AND ADJUDGED that by operation of Title 11 United States Code Section 362,[1] the above-styled action is STAYED as to the individual defendants, Mayela Mares and Jose M. Lopez. The Court will enter a final default judgment in favor of the plaintiffs and against the corporate defendant in the amount of $75,000.00 by separate order, in accordance with Fed. R. Civ. P. 58.

DONE AND ORDERED, in Chambers, at Miami, Florida this **22nd** day of February, 2010.

JOHN  J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record

---

[1] Title 11 United States Code Section 362 stipulates that an automatic stay is created upon the filing of any bankruptcy petition. See Ellison v. Northwest Eng'g Co., 707 F.2d 1310, 1311 (11th Cir. 1983).