UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-20755-CIV-O'SULLIVAN
[CONSENT]

JUAN SANCHEZ, JORGE SEFONTES,
JAIME PEREZ, SANDRA HERNANDEZ,
DAVID MANAZANARES and ELISA COBAS,
    Plaintiffs,

v.

COSTA BRAVA RESTAURANT, INC.,
MAYELA MARES and JOSE M. LOPEZ,
    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

THIS MATTER came before the Court following notice that the corporate representatives of defendant Costa Brava Restaurant, Inc., Mayela Mares and Jose M. Lopez, have agreed to a default judgment against the corporation. Accordingly, Final Default Judgment is hereby entered in favor of the plaintiffs and against the defendant Costa Brava Restaurant, Inc. pursuant to Fed. R. Civ. P. 55(b). It is

ORDERED AND ADJUDGED that plaintiffs, Juan Sanchez, Jorge Sefontes, Jaime Perez, Sandra Hernandez, David Manazanares and Elisa Cobas, shall recover $75,000.00 (inclusive of attorney's fees and costs) from the defendant, Costa Brava Restaurant, Inc.

THE CLERK OF THE COURT is directed to mark this case **CLOSED**. All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED, in Chambers, at Miami, Florida this **22nd** day of February, 2010.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record